THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff in Error, *v.* JOSEPH BORK, Defendant in Error.

(Argued December 6, 1880 ; decided December 14, 1880.)

REPORTED below (16 Hun, 476).

*J. M. Humphrey* for plaintiff in error.

*Wm. H. Gurney* for defendant in error.

Agree to affirm without opinion.
All concur.
Judgment affirmed.